# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ENOCH KWASI BOATENG,** *Plaintiff,* v. **SYDNEY ARCHELL BANKSTON,** *Defendant.* | : : : : : : | **CIVIL ACTION** **NO.  22-cv-4944** |

## ORDER

**AND NOW**, this **14th** day of **December 2022**, upon review of the Notice of Removal (ECF No. 2), considering Defendant's burden of showing at all stages of the litigation that the case is properly before this Court, having determined that this Court lacks subject matter jurisdiction over this case for the reasons set forth in the accompanying Memorandum, and pursuant to 28 U.S.C. § 1447(c), it is hereby **ORDERED** that this case shall be **REMANDED** to the Philadelphia Municipal Court, First Judicial District of Pennsylvania (case number LT-22-09-13-4062).

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**